**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ENRIQUEZ, AN INDIVIDUAL, MARTHA A. ENRIQUEZ, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>RESMAE MORTGAGE CORPORATION, et al.,<br><br>Defendants. | Case No. EDCV 09-02095 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant Resmae Mortgage Corporation is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: January 6, 2010

VIRGINIA A. PHILLIPS
United States District Judge